DAVID L. HENKIN    #6876
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai'i  96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email:  dhenkin@earthjustice.org

Attorneys for Plaintiff Mālama Mākua*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| MĀLAMA MĀKUA, a Hawai'i non-profit,<br><br>         Plaintiff,<br><br>    v.<br><br>LLOYD J. AUSTIN III, Secretary of Defense; and CHRISTINE WORMUTH, Secretary of the United States Army,<br><br>         Defendants. | Civil No. 00-00813 SOM-KJM<br><br>PARTIES' JOINT STATEMENT RE: QUARTERLY REPORTING<br><br>Judge: Hon. Susan Oki Mollway<br><br>Related to ECF 272 |

Plaintiff Mālama Mākua and Defendants Lloyd J. Austin III, Secretary of

Defense, and Christine Wormuth, Secretary of the United States Army,

---

\* Pursuant to Local Rule 10.2(b), the complete list of parties represented is set forth on the signature page.

(collectively, "the Parties") jointly respond to this Court's instructions to state their positions regarding whether the requirement for Defendants to submit quarterly reports should continue. *See* ECF 272. The Parties agree that periodic reporting serves an important role in promoting Defendants' compliance with their duty under paragraph 8(b) of the October 4, 2001, Settlement Agreement and Stipulated Order to expand opportunities for cultural access at Mākua Military Reservation and, thus, should continue.

The Court's order has prompted discussions among the Parties regarding whether any modification to the frequency of Defendants' reporting would be appropriate. The Parties respectfully request an extension until November 30, 2023, to allow those discussions to continue, in the hope of presenting a joint proposal for the Court's consideration. If the Court grants the requested extension, by November 30, 2023, the Parties will submit either (1) a joint proposal or (2) separate statements regarding the frequency of reporting.

Respectfully submitted on behalf of the Parties this 14th day of November, 2023.

                                    EARTHJUSTICE
                                    850 Richards Street, Suite 400
                                    Honolulu, Hawaiʻi  96813

                                    /s/ David L. Henkin
                                    DAVID L. HENKIN
                                    Attorneys for Plaintiff Mālama Mākua

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii
EDRIC M. CHING #6697
Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 440-9266
Email: Edric.Ching@usdoj.gov


/s/ Paul F. Muething III
PAUL F. MUETHING III (24320-22 IN)
Environmental Litigation Attorney
U.S. Army Legal Services Agency
Environmental Law Division
9275 Gunston Road, Suite 4304
Fort Belvoir VA 22060
Telephone: (703) 693-0394
Email: Paul.F.Muething.civ@mail.mil
Attorneys for Defendants